Herman Franck, Esq. (SBN. 123476)
Elizabeth Vogel, Esq. (SBN. 245772)
**FRANCK & ASSOCIATES**
1801 7th Street, Suite 150
Sacramento, California 95814
Telephone (916) 447-8400
Facsimile (916) 447-0720
Email: franckhermanlaw88@yahoo.com

Attorney for Plaintiff,
THOMAS BOWER

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOWER, | Case No. CV-09-3507 EMC |
| Plaintiff, | |
| vs. | **STIPULATION FOR ORDER EXTENDING ENE COMPLETION DATE AND FEBRUARY 26, 2010 STATUS CONFERENCE; ORDER THEREON** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The parties hereby STIPULATE that the Court may issue the following ORDER.

*Bower v. City and County of S.F.*

# I.
# CIRCUMSTANCES

At the initial scheduling conference in this matter, the case was assigned to the Court's Early Neutral Evaluation (ENE) procedure. The Court issued an ENE completion date of April 9, 2010, and scheduled a further Case Management Conference for February 26, 2010. During January 2010, the Court's ADR office located a suitable ENE Neutral, Robert Fries, Esq., of San Francisco, California. There was a bit of a delay in this process owing in the difficulty in finding an appropriate match for this case.

On February 12, 2010, the parties conducted a scheduling conference with ENE neutral, Mr. Fries. As a result of that scheduling conference, the following ENE date was agreed upon and set:

    Date:     April 22, 2010

    Time:     1:00 p.m.

    Location:  Office of Robert Fries

                 44 Montgomery Street, Suite 2500

                 San Francisco, CA 94108

# II.
# STIPULATION

In light of this schedule, the parties request that the Court extend the ENE completion date to April 22, 2010, and reschedule a status conference to April 30, 2010 at 8:30 a.m. in Courtroom 8, or to such other date as the Court deems appropriate.

*Bower v. City and County of S.F.*                                           2
STIPULATION
Extend ENE Completion Date

1  SO STIPULATED:

2

3  FRANCK & ASSOCIATES

4

5  _____           Date: February 17, 2010
   Herman Franck, Esq.
6  Attorney for Plaintiff
   Thomas Bower
7

8
   DEPUTY CITY ATTORNEY
9

10 _____           Date: February 18, 2010
   Lawrence Hecimovich, Esq.
11 Attorney for Defendant
12 City and County of San Francisco

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Bower v. City and County of S.F.*                                        3
STIPULATION
Extend FNE Completion Date

TOTAL P.02

## III.
## ORDER BASED ON STIPULATION

The Court hereby ACCEPTS the forgoing STIPULATION, and hereby ORDERS as follows:

1. The Court hereby sets an ENE completion date of April 22, 2010.

2. The Court hereby VACATES the February 26, 2010 status conference; and

3. The Court hereby sets a new status conference for April 30, 2010 at 8:30 a.m. in Courtroom 8.

SO ORDERED:

__Feb. 26, 2010___                                Date:_____
Hon. Charles E. Breyer
United States District Court Judge



*Bower v. City and County of S.F.*                                                                                    4
STIPULATION
Extend ENE Completion Date