1  Herman Franck, Esq. (SBN. 123476)
   Elizabeth Vogel, Esq. (SBN. 245772)
2  **FRANCK & ASSOCIATES**
   1801 7th Street, Suite 150
3  Sacramento, California 95814
   Telephone (916) 447-8400
4  Facsimile (916) 447-0720
5  Email: franckhermanlaw88@yahoo.com

6
   Attorney for Plaintiff,
7  THOMAS BOWER

8
                 UNITED STATES DISTRICT COURT FOR THE
9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | THOMAS BOWER,                    | Case No. CV-09-3507 EMC

13 |            Plaintiff,

14 |    vs.                           | **REQUEST AND STIPULATION FOR ORDER CONTINUING THE ENE COMPLETION DATE TO JUNE 7, 2010; ORDER THEREON**
15 |
16 | CITY AND COUNTY OF SAN
17 | FRANCISCO,
18 |            Defendant.

19

20

21 The Parties hereby REQUEST and STIPULATE that the Court issue an ORDER

22 CONTINUING THE ENE COMPLETION DATE TO JUNE 7, 2010, based on the following

23 circumstances:

24

25

26
   *Bower v. City and County of S.F.*
                              STIPULATION
                         Extend ENE Completion Date

1. The parties agreed during the initial scheduling conference to submit this matter to the Early Neutral Evaluation process.

2. The Court appointed the following attorney as the ENE Neutral Evaluator: Mr. Robert T. Fries, Esq. of Carter, Carter & Fries in San Francisco, CA.

3. The parties initially scheduled the ENE to take place on April 22, 2010.

4. Due to a scheduling conflict on Plaintiff's counsel's schedule [a trial in Sacramento County Superior Court], the parties agreed to continue the ENE to June 7, 2010 at 1:00 p.m. at Carter, Carter & Fries located at 44 Montgomery Street, Suite 250, San Francisco, CA 94108.

ACCORDINGLY the Parties hereby REQUEST and STIPULATE to the Court's issuance of an ORDER CONTINUING THE ENE COMPLETION DATE TO JUNE 7, 2010, and CONTINUING THE APRIL 30, 2010 CMC TO JUNE 11, 2010.

SO STIPULATED:

FRANCK & ASSOCIATES

_____          Date: April 2*l*, 2010
Herman Franck, Esq.
Attorney for Plaintiff
Thomas Bower

*Bower v. City and County of S.F.*                                               2

STIPULATION
Extend ENE Completion Date

DEPUTY CITY ATTORNEY

_____
Lawrence Hecimovich, Esq.
Attorney for Defendant
City and County of San Francisco

Date: April 21, 2010

## ORDER BASED ON STIPULATION

The Court hereby ACCEPTS the forgoing REQUEST and STIPULATION of the parties, and hereby ORDERS that the ENE in this matter may be completed as scheduled on June 7, 2010 at 1:00 p.m., and that the April 30 CMC is continued to June 11, 2010 at 8:30 a.m.

SO ORDERED:

_____
Hon. Charles E. Breyer
United States D...

Date: April 22, 2010

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

*Bower v. City and County of SF*

STIPULATION
Extend ENE Completion Date

3