IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOWER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant._____/ | No. C 09-03507 CRB<br><br>**JUDGMENT** |

　　　The Court, having granted Defendant's Motion for Summary Judgment, hereby enters judgment for Defendant and against Plaintiff.

　　　**IT IS SO ORDERED.**

Dated: February 14, 2011

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3507\judgment.wpd